1 | ROBERT W. THOMPSON, Esq. (SBN 106411)
2 | CHARLES S. RUSSELL, Esq. (SBN 219934)
**CALLAHAN, THOMPSON, SHERMAN**
3 | **& CAUDILL, LLP**
2601 Main Street, Suite 800
4 | Irvine, California 92614
Tel.:  (949) 261-2872
5 | Fax:  (949) 261-6060
Email : rthompson@ctsclaw.com
6 | Email : crussell@ctsclaw.com

7 |

Attorneys for Plaintiffs,
8 | **KAI CHANDLER et al** (see signature page for full listing)

9 |

10 | **UNITED STATES DISTRICT COURT**

11 | **NORTHERN DISTRICT OF CALIFORNIA**

12 | **SAN FRANCISCO DIVISION**

13 |

| 14 | KAI CHANDLER, et al. | Case No.:  C11-3841 EMC |
| 15 | | JUDGE  EDWARD M. CHEN |
| | | COURTROOM:   5 |
| 16 | Plaintiffs, | COMPLAINT DATE:  08/04/11 |
| 17 | vs. | |
| 18 | | **STIPULATION OF DISMISSAL OF** |
| 19 | WELLS FARGO & COMPANY, a | **PLAINTIFF GEORGE TURNER** |
| | Delaware corporation; WELLS FARGO | **PURSUANT TO F.R.C.P** |
| 20 | HOME MORTGAGE, INC., a | **40(a)(1(A)(ii)** |
| 21 | California corporation, WELLS | |
| | FARGO BANK, N.A., and DOES 1 – | |
| 22 | 10, inclusive, | |
| 23 | | |
| 24 | | |
| 25 | Defendants. | |

26 |
/ / /
27 |
/ / /
28 |

- 1 -

1    Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the parties herein have stipulated that the

2  action by GEORGE TURNER, a plaintiff herein, be dismissed without prejudice as

3  to all defendants, with each side to bear their own costs.

4  **SO STIPULATED.**

5

6  DATED: February 16, 2012          **CALLAHAN, THOMPSON, SHERMAN
                                     & CAUDILL, LLP**

7

8                           By  _____

9                                   ROBERT W. THOMPSON
                                    CHARLES S. RUSSELL
10                                  **CALLAHAN, THOMPSON, SHERMAN
                                       & CAUDILL, LLP**
11                                  2601 Main Street, Suite 800
12                                  Irvine, California 92614
                                    Tel.: (949) 261-2872
13                                  Fax: (949) 261-6060
                                    Email : rthompson@ctsclaw.com
14                                  Email : crussell@ctsclaw.com
                                    Attorneys for Plaintiff
15                                  **GEORGE TURNER (and all other**
16                                  **plaintiffs)**

17

18 DATED: February 16, 2012          **LITTLER MENDELSON, P.C.**

19

20                          By  _____

21                                  LINDBERGH PORTER
                                    **LITTLER MENDELSON, P.C.**
22                                  650 California Street, 20th Floor
                                    San Francisco, CA 94108-2693
23 IT IS SO ORDERED:                Tel.: (415) 399-8445
                                    Fax: (415) 743-6541
24                                  Email : lporter@littler.com
                                    Attorneys for Defendants
25 Edward M. Chen                   WELL FARGO & COMPANY, WELLS
   U.S. Dis                         FARGO HOME MORTGAGE, INC., and
26                                  WELLS FARGO BANK, N.A.
27

28  G:\PLF\01\0002 Pld

IT IS SO ORDERED

Judge Edward M. Chen

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.


February 16, 2012                    _/s/ Charles S. Russell_

                                        Charles S. Russell