1  ROBERT W. THOMPSON, Esq. (SBN 106411)
2  CHARLES S. RUSSELL, Esq. (SBN 219934)
   **CALLAHAN, THOMPSON, SHERMAN**
3  **    & CAUDILL, LLP**
   2601 Main Street, Suite 800
4  Irvine, California 92614
   Tel.:  (949) 261-2872
5  Fax:  (949) 261-6060
   Email : rthompson@ctsclaw.com
6  Email : crussell@ctsclaw.com
7
   Attorneys for Plaintiffs,
8  **KAI CHANDLER et al** (see signature page for full listing)
9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                          **SAN FRANCISCO DIVISION**

13

| | |
|---|---|
| 14  KAI CHANDLER, et al. | Case No.:  C11-3841 EMC |
| 15   | JUDGE  EDWARD M. CHEN |
|      | COURTROOM:  5 |
| 16           Plaintiffs, | COMPLAINT DATE:  08/04/11 |
| 17           vs. | |
| 18   | **JOINT CASE MANAGEMENT** |
| 19  WELLS FARGO & COMPANY, a | **CONFERENCE STATEMENT** |
|     Delaware corporation; WELLS FARGO | ORDER RESETTING CMC |
| 20  HOME MORTGAGE, INC., a | |
|     California corporation, WELLS | **CMC Date: 3/2/2012** |
| 21  FARGO BANK, N.A., and DOES 1 – | **Time: 10:30 a.m.** |
| 22  10, inclusive, | **Courtroom: 5** |
|      | **Judge: Hon. Edward M. Chen** |
| 23  | |
| 24  | |
| 25         Defendants. | |

26  / / /
27  / / /
28
                                - 1 -

Pursuant to the Court's November 7, 2011 Civil Minutes (Docket # 17, entered in Case 3:10-cv-02678 EMC), Defendant Wells Fargo and Plaintiffs in the *Chandler* action (Case C11-3841 EMC) hereby submit this joint Case Management Conference Statement.

**CASE STATUS**

The *Chandler* matter involves claims by individual plaintiffs who worked as Home Mortgage Consultants for defendant Wells Fargo, and alleges unpaid overtime wages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. The plaintiffs in the *Chandler* matter were either involved in the prior MDL action *In Re Wells Fargo Overtime Litigation* as class members prior to the class being decertified as part of a settlement, or worked for Wells Fargo after the class period in the prior action.

On December 6, 2011, this Court terminated the MDL action. (Docket # 18 (all docket entries refer to the *Chandler* matter unless otherwise indicated).) On January 9, 2012, Plaintiffs filed a second administrative motion to determine whether this case is related to other individual cases that were once associated with the MDL, which Wells Fargo did not oppose. (Docket # 24 in *Aiello v. Wells Fargo Bank NA*, case 3:10-cv-00744-EMC.) This Court ordered the *Chandler* case related to the other individual cases on January 11, 2012. (Docket # 19.)

All parties have been served and have answered, and no trial date has been set. On plaintiff, George Turner, filed a Stipulation of Dismissal of his claims. (Docket # 21.)

**SETTLEMENT DISCUSSIONS**

At the last Case Management Conference on November 11, 2011, the parties to the *Chandler* action informed the Court they were working together cooperatively in an attempt to settle the matter. The Court placed limitations on discovery to assist with settlement discussions, and set a further Case Management Conference for March 2, 2012. (Docket # 20.)

1  Since the last Case Management Conference, the parties have continued to
2  work together toward settlement. After the last Case Management Conference,
3  Plaintiffs informally requested certain data from Wells Fargo necessary for
4  settlement discussions, including dates of employment and compensation
5  information. On February 22, 2012, Wells Fargo produced such data for
6  approximately 35 of the 57 remaining plaintiffs in the *Chandler* matter. Wells Fargo
7  is in the process of gathering the data for the remaining plaintiffs.

8  As the parties are continuing to work together cooperatively toward
9  settlement, the parties request that the Court set a further Case Management
10 Conference for 90 to 120 days out in order to give the parties sufficient time to
11 complete their discussions.

13 The filer attests that concurrence in the filing of the document has been
14 obtained from each of the other signatories.

16 DATED: February 23, 2012               **CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**

19              By     */s/ Charles S. Russell*
                       ROBERT W. THOMPSON
                       CHARLES S. RUSSELL
                       **CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
                       2601 Main Street, Suite 800
                       Irvine, California 92614
                       Tel.: (949) 261-2872
                       Fax: (949) 261-6060
                       Email : rthompson@ctsclaw.com
                       Email : crussell@ctsclaw.com
                       Attorneys for Plaintiff
                       **GEORGE TURNER (and all other plaintiffs)**

DATED: February 23, 2012                **LITTLER MENDELSON, P.C.**

By     */s/ Lindbergh Porter*
       LINDBERGH PORTER
       **LITTLER MENDELSON, P.C.**
       650 California Street, 20th Floor
       San Francisco, CA 94108-2693
       Tel.:  (415) 399-8445
       Fax:  (415) 743-6541
       Email : lporter@littler.com
       Attorneys for Defendants
       **WELL FARGO & COMPANY, WELLS FARGO HOME MORTGAGE, INC., and WELLS FARGO BANK, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically and notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

February 23, 2012               */s/ Charles S. Russell*
                                Charles S. Russell

G:\PLF\0110002\Pldgs\CMC Statement 3-2-12.doc

IT IS SO ORDERED that the Further CMC is reset from 3/2/12 to 6/22/12 at 10:30 a.m.  An updated joint CMC Statement shall be filed by 6/15/12.

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*