1   LITTLER MENDELSON, P.C.
    LINDBERGH PORTER, Bar No. 100091
2   650 California Street
    20th Floor
3   San Francisco, California  94108.2693
    Telephone:    415.433.1940
4   Facsimile:    415.399.8490
    Email: lporter@littler.com
5
    Attorneys for Defendants
6   WELLS FARGO & COMPANY, WELLS FARGO
    BANK, N.A., WELLS FARGO HOME
7   MORTGAGE, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  KAI CHANDLER, et al.,                 Case No.  CV 11-03841 EMC

12              Plaintiffs,

13  v.                                    **REQUEST TO WITHDRAW MARCH 4,**
                                          **2013 STIPULATION AND [PROPOSED]**
    WELLS FARGO & COMPANY, a              **ORDER CONTINUING CASE**
14  Delaware corporation; WELLS FARGO     **MANAGEMENT CONFERENCE**
    HOME MORTGAGE, INC., a California
15  corporation, WELLS FARGO BANK,        Complaint Filed: August 4, 2011
    N.A., and DOES 1-10 inclusive,
16
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

REQUEST TO WITHDRAW 03/04/13 STIP          CASE NO. CV 11-03841 EMC
AND [PROP] ORDER CONTINUING CMC

1    Plaintiffs KAI CHANDLER, et al. and Defendants WELLS FARGO & COMPANY,

2   WELLS FARGO BANK, N.A., and WELLS FARGO HOME MORTGAGE, INC. (the "Parties")

3   through their respective counsel, hereby request withdrawal of the Stipulation and [Proposed] Order

4   to Continue the Case Management Conference filed by the Parties on March 4, 2013.  The Parties

5   would like to proceed with the Conference as currently scheduled on March 14, 2013 at 10:30 a.m.

6   in Courtroom 5, 17th floor, 450 Golden Gate Avenue, San Francisco, California.

7

8   Dated: March 5, 2013                        LITTLER MENDELSON, P.C.

9
                                                By: _____
10                                                  LINDBERGH PORTER
                                                    Attorneys for Defendants
11                                                  WELLS FARGO & COMPANY, WELLS
                                                    FARGO BANK, N.A., WELLS FARGO
12                                                  HOME MORTGAGE, INC.

13  Dated: March 6 2013                         CALLAHAN, THOMPSON, SHERMAN &
                                                CAUDILL LLP
14

15
                                                By: _____
16                                                  ROBERT W. THOMPSON
                                                    CHARLES S. RUSSELL
17                                                  Attorneys for PLAINTIFFS
                                                    KAI CHANDLER, et al.
18

19

20      IT IS ORDERED that the Stipulation to Continue the Case Management Conference in this

21  case is withdrawn and the Conference will go forward as originally scheduled for March 14, 2013 at

22  10:30 a.m.

23

24  Dated: _____3/11_____, 2013

25

26                                              _____

27  Firmwide:118863375.1 051995.1041                       COURT JUDGE

28

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

REQUEST TO WITHDRAW 03/04/13 STIP
AND [PROP] ORDER CONTINUING CMC                1.        CASE NO. CV 11-03841 EMC