1 LINDBERGH PORTER, JR., Bar No. 100091
lporter@littler.com
2 MARY D. WALSH, Bar No. 197039
mdwalsh@littler.com
3 LITTLER MENDELSON, P.C.
650 California Street
4 20th Floor
San Francisco, California 94108.2693
5 Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
WELLS FARGO & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY DODD,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO & COMPANY, a Delaware corporation; WELLS FARGO HOME MORTGAGE, INC., a California corporation, WELLS FARGO BANK, N.A., and DOES 1-10, inclusive,<br><br>        Defendant. | Case No. C-13-01365 MEJ<br><br>[~~PROPOSED~~] **ORDER RE: JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES**<br><br>Judge: Hon. Maria-Elena James<br>Dept: Courtroom B<br><br>Trial Date: April 21, 2014 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER RE: JOINT STIP TO CONTINUE PRE-TRIAL DEADLINES

(Case No. C-13-01365 MEJ)

The Court, having reviewed the parties' Joint Stipulation To Continue Pre-Trial Deadlines, and for good cause shown, hereby orders that the pre-trial dates be continued as follows:

| EVENT | OLD DATE | NEW DATE |
|---|---|---|
| Discovery Cut-off | October 15, 2013 | December 13, 2014 |
| Last Date for Filing Dispositive Motions | November 14, 2013 | January 10, 2013 |
| Last Day for Hearing Dispositive Motions | December 19, 2013 | February 13, 2013 |

IT IS SO ORDERED.

Dated: __September 27, 2013__, 2013

GRANTED
Judge Maria-Elena James

_____
MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT JUDGE

Firmwide:123124660.1 051995.1044

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER RE: JOINT STIP TO CONTINUE PRE-TRIAL DEADLINES 2. (Case No. C-13-01365 MEJ)