| | |
|---|---|
| 1 | LINDBERGH PORTER, JR., Bar No. 100091 |
|   | lporter@littler.com |
| 2 | MARY D. WALSH, Bar No. 197039 |
|   | mdwalsh@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
|   | 650 California Street |
| 4 | 20th Floor |
|   | San Francisco, California  94108.2693 |
| 5 | Telephone:   415.433.1940 |
|   | Facsimile:    415.399.8490 |
| 6 | |
| 7 | Attorneys for Defendant |
|   | WELLS FARGO & COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY DODD, | Case No.  C-13-01365 MEJ |
| Plaintiff, | [~~PROPOSED~~] **ORDER RE: JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES** |
| v. | |
| WELLS FARGO & COMPANY, a Delaware corporation; WELLS FARGO HOME MORTGAGE, INC., a California corporation, WELLS FARGO BANK, N.A., and DOES 1-10, inclusive, | Judge:  Hon. Maria-Elena James |
|  | Dept:  Courtroom B |
|  | Trial Date: April 21, 2014 |
| Defendant. | |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER RE: JOINT STIP TO
CONTINUE PRE-TRIAL DEADLINES

(Case No. C-13-01365 MEJ)

The Court, having reviewed the parties' Joint Stipulation To Continue Pre-Trial Deadlines, and for good cause shown, hereby orders that the pre-trial dates be continued as follows:

| EVENT | OLD DATE | NEW DATE |
|---|---|---|
| Discovery Cut-off | October 15, 2013 | December 13, 2014 |
| Last Date for Filing Dispositive Motions | November 14, 2013 | January 10, 2013 |
| Last Day for Hearing Dispositive Motions | December 19, 2013 | February 13, 2013 |

IT IS SO ORDERED.

Dated: __September 27, 2013__, 2013

GRANTED
Judge Maria-Elena James

_____
MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT JUDGE

Firmwide:123124660.1 051995.1044

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER RE: JOINT STIP TO CONTINUE PRE-TRIAL DEADLINES    2.    (Case No. C-13-01365 MEJ)