# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY DODD<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY, a Delaware corporation; WELLS FARGO HOME MORTGAGE, INC., a California corporation, WELLS FARGO BANK, N.A., and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No.: C-13-01365 MEJ<br>MAGISTRATE JUDGE MARIA-ELENA JAMES<br>COURTROOM:   B, 15th Floor<br>COMPLAINT DATE:  08/04/11<br><br>AMENDED<br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINE**<br><br>Trial Date: April 21, 2014 |

/ / /

/ / /

/ / /

- 1 -

The Court, having reviewed the parties' Joint Stipulation to Continue Discovery Deadline, and for good cause shown, hereby orders that the discovery cut-off deadline be continued to January 17, 2014.

IT IS SO ORDERED.

Dated: _____December 4, 2013_____, 2013

_____
MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT
JUDGE

G:\PLF\0110002\Pldgs\Dodd Proposed Order re Joint Stip to Extend Discovery Deadline.doc

- 2 -