**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KELLY DODD<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>WELLS FARGO & COMPANY, a Delaware corporation; WELLS FARGO HOME MORTGAGE, INC., a California corporation, WELLS FARGO BANK, N.A., and DOES 1 – 10, inclusive,<br><br>　　　　Defendants. | Case No.: C-13-01365 MEJ<br>MAGISTRATE JUDGE  MARIA-ELENA JAMES<br>COURTROOM:   B, 15th Floor<br>COMPLAINT DATE:  08/04/11<br><br>AMENDED<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINE**<br><br>Trial Date: April 21, 2014 |

/ / /

/ / /

/ / /

- 1 -

1  The Court, having reviewed the parties' Joint Stipulation to Continue Discovery Deadline,
2  and for good cause shown, hereby orders that the discovery cut-off deadline be continued to
3  January 17, 20~~13~~ 14.

4  IT IS SO ORDERED.

5  Dated: _____December 4, 2013_____, 2013

8  MARIA-ELENA JAMES
9  UNITED STATES DISTRICT COURT JUDGE

11 G:\PLF\0110002\Pldgs\Dodd Proposed Order re Joint Stip to Extend Discovery Deadline.doc

- 2 -