UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY DODD,<br><br>       Plaintiff,<br><br>   v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>       Defendants. | Case No.  13-cv-01365-MEJ<br><br>**ORDER RE JOINT STATUS STATEMENT**<br><br>Re: Dkt. No. 53 |

On September 22, 2013 the Court approved the parties' stipulation to continue pretrial deadlines. Dkt. No. 53. Pursuant to that order, the last date for filing dispositive motions is January 10, 2014, with a hearing date of February 13, 2014. To date the parties have not filed a dispositive motion or proposed a new dispositive motion deadline. Accordingly, the Court ORDERS the parties to file a joint status statement no later than January 31, 2014 proposing new dispositive motion and pretrial deadlines.

The dispositive motion hearing set for February 13, 2014 is VACATED.

**IT IS SO ORDERED.**

Dated: January 22, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge