| | |
|---|---|
| 1  LINDBERGH PORTER, JR., Bar No. 100091<br>   lporter@littler.com<br>2  MARY D. WALSH, Bar No. 197039<br>   mdwalsh@littler.com<br>3  LITTLER MENDELSON, P.C.<br>   650 California Street<br>4  20th Floor<br>   San Francisco, California  94108.2693<br>5  Telephone:   415.433.1940<br>   Facsimile:    415.399.8490<br>6<br>   Attorneys for Defendant<br>7  WELLS FARGO & COMPANY and WELLS<br>   FARGO BANK, N.A. (on behalf of itself and its<br>8  division WELLS FARGO HOME MORTGAGE) | GRANTED. The parties' request to vacate the Pretrial and Trial dates and deadlines is granted. The Court shall anticipate that the parties will file a dismissal of this matter in approximately 60 days.<br>Dated:  January 30, 2014<br><br>*(Seal: Judge Maria-Elena James, United States District Court, Northern District of California — GRANTED)* |

9         UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11         SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  KELLY DODD,<br>14           Plaintiff,<br>15       v.<br>16  WELLS FARGO & COMPANY, a Delaware corporation; WELLS FARGO<br>17  HOME MORTGAGE, INC., a California corporation, WELLS FARGO BANK,<br>18  N.A., and DOES 1-10, inclusive,<br>19           Defendant. | Case No.  C-13-01365 MEJ<br><br>**JOINT STATUS STATEMENT**<br><br>Judge:  Hon. Maria-Elena James<br>Dept:   Courtroom B<br><br>Trial Date:  April 21, 2014 |

JOINT STATUS STATEMENT
(NO. C-13-01365 MEJ)

1  Pursuant to the Court's January 22, 2014, Order Re Joint Status Statement, Defendants Wells Fargo & Company and Wells Fargo Bank, N.A., and its division, Wells Fargo Home Mortgage and Plaintiff Kelly Dodd submit this Joint Status Statement.

The Parties recently reached an agreement for confidential settlement of the case, as well as the claims of all remaining plaintiffs in *Chandler v. Wells Fargo & Company*, Case No. 3:11-cv-03841-EMC, pending in this district. The Parties are preparing formal settlement agreements and anticipate filing requests for dismissal within the next 60 days. As such, the Parties request that the Court vacate the current April 21, 2014 trial date and all corresponding pre-trial deadlines. The parties will file a separate Joint Status Statement in the *Chandler, et al.* case before Judge Edward M. Chen.

The filer attests that concurrence in the filing of the document has been obtained from the other signatory.

Dated: January 30, 2014

Respectfully submitted,

*/s/ Lindbergh Porter*
LINDBERGH PORTER, JR.
MARY D. WALSH
LITTLER MENDELSON, P.C.
Attorneys for Defendant
WELLS FARGO & COMPANY

Dated: January 30, 2014

*/s/ Charles S. Russell*
ROBERT W. THOMPSON
CHARLES S. RUSSELL
CALLAHAN, THOMPSON, SHERMAN
& CAUDILL, LLP
Attorneys for Plaintiff
KELLY DODD

Firmwide:125248501.1 051995.1041

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STATUS STATEMENT
(NO. C-13-01365 MEJ)                    1.